# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| GARRY POULIN, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | ) |
| | )    CIVIL NO. 2:14-CV-102-DBH |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
|       DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 1, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on April 20, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case **REMANDED** for further proceedings consistent with the Recommended Decision. In particular, the mental elements of the plaintiff's residual functional capacity (RFC) are not to be revisited on remand.

**SO ORDERED.**

DATED THIS 21ST DAY OF APRIL, 2014

                                                  /S/ D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**