# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **GARRY POULIN,**<br><br>        **PLAINTIFF**<br><br>v.<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**<br><br>        **DEFENDANT** | **CIVIL NO. 1:14-CV-102-DBH** |

## ORDER ON MOTION FOR AWARD OF FEES

The plaintiff's motion for an award of attorney fees under 42 U.S.C. § 406(b) in the amount of $9,033.50 (ECF No. 20) is **GRANTED**.  (The Commissioner has not objected.)  That award, together with the $6,000 fee the Commissioner awarded under 42 U.S.C. § 406(a), amounts to 25% of the past due benefits of $60,134.00 that the lawyer's efforts obtained for the plaintiff in this case.  Twenty-five percent is the amount the plaintiff agreed to pay under the Contingent Fee Agreement (ECF No. 20-2), and I conclude under the circumstances that it is reasonable.  See Gisbrecht v. Barnhart, 535 U.S. 789 (2002); Siraco v. Astrue, 806 F. Supp.2d 272 (D. Me. 2011).  Upon receiving payment, counsel shall return to the plaintiff the earlier award of $3,090.80 in EAJA fees.

    SO ORDERED.

    DATED THIS 5TH DAY OF APRIL, 2017

                                    /S/D. BROCK HORNBY
                                    **D. BROCK HORNBY**
                                    **UNITED STATES DISTRICT JUDGE**